No. 02–7806. ESPINOZA PENA v. BROYLES ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–7807. BUCHANAN v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 02–7808. RICH v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–7812. RICE v. DOVE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–7814. ALTHOUSE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–7815. BROWER v. SUPREME COURT OF MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 02–7818. BROSKY v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–7820. HAGER v. FLANIGAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–7824. MARTINEZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–7825. JONES v. WALLER, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–7827. WADE v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 02–7829. BRANCH v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 02–7832. DOUGLAS v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 02–7834. TORRES v. SCHAEFER ET AL. C. A. 2d Cir. Certiorari denied.